KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
Lawrence Y. Iser (SBN 094611)
Gregory P. Korn (SBN 205306)
Jonathan Steinsapir (SBN 226281)
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850
E-mail: gkorn@kwikalaw.com

Attorneys for
Zobmondo Entertainment LLC and Randall Horn

HOWREY LLP
Bobby A. Ghajar (SBN 198719)
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
E-mail: ghajarb@howrey.com

Alan M. Grimaldi (*Admitted Pro Hac Vice*)
Alan S. Cooper (*Admitted Pro Hac Vice*)
Eric Fingerhut (*Admitted Pro Hac Vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for
Falls Media LLC, Justin Heimberg, and
David Gomberg

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOBMONDO ENTERTAINMENT LLC, a California limited liability company and RANDALL HORN, an individual, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> FALLS MEDIA LLC, a New York limited liability company, JUSTIN HEIMBERG, an individual; and DAVID GOMBERG, an individual; <br><br> Defendants/Counter-Claimants. <br><br> AND CONSOLIDATED CLAIMS AND ACTIONS | CASE NO. CV06-3459 ABC(JTLx) <br> Consolidated with <br> CASE NO. CV07-0571 ABC(JTLx) <br><br> **[PROPOSED]** JUDGMENT |

99062.00005/40567.2

This case consolidates the following two actions: (1) <u>Zobmondo Entertainment, LLC v. Falls Media, LLC, David Gomberg, and Justin Heimberg</u>, Case No. CV06-3459 ABC (JTLx); and (2) <u>Falls Media LLC, David Gomberg, and Justin Heimberg v. Zobmondo Entertainment, LLC and Randall Horn</u>, Case No. CV 07-0751 ABC (JTLx).  The Court has issued the following orders that dispose of these consolidated actions in their entirety:

    A.    <u>Zobmondo v. Falls Media, et al.</u>, CV06-3459.

On June 11, 2008, the Court granted summary judgment in favor of Falls Media, Gomberg, and Heimberg on each count in Zobmondo's complaint (Counts One through Four) on the basis that Zobmondo's trade dress and copyrights were not infringed.  Each of the counterclaims filed by Falls Media, Gomberg, and Heimberg in Case No. CV06-3459 (Counts One through Six) was mooted by the Court's order granting summary judgment on Zobmondo's affirmative claims.

    B.    <u>Falls Media, et al. v. Zobmondo, et al.</u>, CV 07-0751.

On June 11, 2008, the Court granted summary judgment in favor of Zobmondo and Horn on Counts One through Six of the Amended Complaint filed by Falls Media, Gomberg, and Heimberg as those counts relate to trademark infringement, trademark dilution, and unfair competition.

On June 11, 2008, the Court granted summary judgment in favor of Falls Media, Gomberg, and Heimberg on Counts Seven through Fifteen of their Complaint, which sought declaratory judgments of non-infringement and invalidity of Zobmondo's trade dress, copyright, and unfair competition claims, on the basis that Zobmondo's trade dress and copyrights were not infringed.

On August 4, 2008, the Court granted the Stipulation of Dismissal wherein Falls Media, Gomberg, and Heimberg voluntarily dismissed with prejudice their trade dress infringement claims as asserted in Counts Two, Five, and Six.  By stipulation and order, the parties agreed to bear their own fees and costs with respect to these claims.

The above-described Orders resolved each of the counts asserted by Falls Media, Gomberg, and Heimberg in the Amended Complaint in Case No. CV07-0751.

On June 11, 2008, the Court granted summary judgment in favor of Zobmondo and Horn on their Second Counterclaim for Cancellation of U.S. Trademark Registration No. 2,970,830 on the basis that the trademark is merely descriptive and lacking in secondary meaning. The Court determined that Zobmondo and Horn's First, Third, Fourth, and Sixth Counterclaims were either moot or were impliedly resolved by its other Orders, and it dismissed those claims.

On August 11, 2008, the Court granted Falls Media's motion for summary judgment on Zobmondo's Fifth Counterclaim for damages resulting from fraudulent procurement, asserted pursuant to the Lanham Act, 15 U.S.C. § 1120.

The Court's August 11, 2008 ruling resolved the last of Zobmondo and Horn's counterclaims in Case No. CV07-0751. The Court therefore ordered the case closed.

Having issued the aforementioned orders, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Zobmondo Entertainment, LLC shall take nothing by way of the Complaint in Case No. CV06-3459.

2. Falls Media, LLC, David Gomberg, and Justin Heimberg shall take nothing by way of the Counterclaims in Case No. CV06-3459.

3. Falls Media, LLC, David Gomberg, and Justin Heimberg shall take nothing by way of Counts One through Six of the Amended Complaint in Case No. CV07-0571.

4. On Counts Seven through Fifteen of the Amended Complaint in Case No. CV07-0571, the Court enters Judgment in favor of Falls Media, LLC, David Gomberg, and Justin Heimberg on the basis that they have not infringed any trade dress or copyright rights of Zobmondo Entertainment, LLC or Randall Horn.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

5. The Court enters Judgment in favor of Zobmondo Entertainment, LLC and Randall Horn on the Second Counterclaim for Cancellation of U.S. Trademark Registration No. 2,970,830 asserted in Case No. CV 07-0571.  Pursuant to Section 37 of the Lanham Act, 15 U.S.C. § 1119, the United States Patent and Trademark Office is hereby ordered to cancel in its entirety U.S. Trademark Registration No. 2,970,830 for the mark "Would You Rather . . .?" issued to Falls Media, LLC in Class 16 and Class 28.

6. Zobmondo Entertainment, LLC and Randall Horn shall take nothing by way of Counts One, Three, Four, Five, and Six of the Counterclaims asserted in Case No. CV 07-0571.

7. The Court will separately consider any application for attorneys' fees made by any party upon a properly noticed motion.  Except as Ordered in connection with any such motion for an award of attorneys' fees, each party shall bear its own fees and costs in Case Nos. CV 06-3459 and CV 07-0751.

8. The Clerk is ordered to enter this judgment forthwith.

Dated: Oct. 7, 2008

_____
HON. AUDREY COLLINS
United States District Judge

Jointly Submitted by:

/s/ Gregory Korn
KINSELLA WEITZMAN ISER KUMP
& ALDISERT LLP

and

/s/ Bobby Ghajar
HOWREY LLP