Bobby A. Ghajar (SBN 198719)
Bobby.Ghajar@pillsburylaw.com
Kelly W. Craven (SBN 248050)
Kelly.Craven@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Ben M. Davidson (SBN 181464)
bdavidson@davidson-lawfirm.com
DAVIDSON LAW GROUP
11377 West Olympic Boulevard
Los Angeles, CA 90064
Telephone (310) 473-2300
Facsimile (310) 473-2941

Attorneys for Plaintiffs Spin Master, Ltd., Justin Heimberg, and David Gomberg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIN MASTER, LTD., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ZOBMONDO ENTERTAINMENT, LLC, et al., <br><br> Defendants. | CASE NO. CV06-3459 ABC(JTLx) <br> Consolidated with <br> CASE NO. CV07-0571 ABC(JTLx) <br><br> PLAINTIFFS' REVISED PROPOSED VOIR DIRE |

601819279v1

1. Based on the statement of the case you heard and/or any other sources of information, does anyone here believe they may have heard about or know something about this case, the parties (Spin Master Ltd., Zobmondo Entertainment, Messrs. Horn, Heimberg, and Gomberg), Imagination Entertainment, or the lawyers who were introduced to you?

2. Please raise your hands if you think people are too quick in our society to file lawsuits to settle their disputes. How many of you either have had a bad experience with a lawsuit or know someone who is close to you that had a bad experience? Please tell us about that experience.

3. How many of you frequently post comments or suggestions on websites?

4. How many of you either frequently play games on the Internet or live with someone who does?

5. One of the parties in this case has advertised its products on the Glenn Beck radio show. How many of you have listened to the Glenn Beck radio show?

6. Have you, or anyone you know well, ever applied for a patent, trademark, or copyright? Please tell us about your experience.

7. Before coming to Court today, had any of you had heard of or seen a game called "WOULD YOU RATHER?" If you raised, your hand, please tell us what you think you might have heard or learned about it.

8. Have you, or anyone you know well, ever been threatened with a lawsuit or been sued based on a patent, trademark, or copyright?

9. Have you or has anyone you know well ever developed or helped to create a product or technology? If yes, please tell us about the product or technology.

10. How many of you think too many companies are using their patents, trademarks, or copyrights to prevent free and fair competition? If yes, why do you say that?

11. How many of you have strong feelings about government regulations that are placed on businesses? Please tell us a little about those feelings.

12. Some books, games, or television shows try to create humor through the shock factor of referencing over-the-top sexual or violent scenarios. Some people do not find that kind of humor appropriate. Please raise your hand if you think you might feel uncomfortable or offended by that type of humor.

13. All of us here today bring certain experiences, training, or education that may influence the way we see the issues in this case. I'm going to read to you a list of different occupations. If any of you or someone you know well has had any training, education, or experience in any of the following areas, please raise your hand.

    a. Law or the legal system.
    b. Accounting or financial auditing.
    c. Writing, interpreting, or enforcing contracts.
    d. Banking.
    e. Business management.

Tell us about that training, education, or experience.

14. How many of you, or members of your family or household, have been a defendant or plaintiff in a lawsuit?

    a. Were you a plaintiff or defendant?
    b. When was this?
    c. What was the outcome?

15. How many of you have served as a juror before?

16. Is there anything that you heard, either through my statement or the questions I have asked, or the comments of others, that you think we should know about you before I decide if you should be a juror in this case?

Dated: October 3, 2012.

PILLSBURY WINTHROP SHAW PITTMAN LLP LLP
BOBBY A. GHAJAR
KELLY W. CRAVEN
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406

By  /s/ Bobby A. Ghajar

601819279v1

- 3 -