United States District Court
for the Central District of California

SPIN MASTER, LTD., et al.,                )   Case No. CV 06-3459 ABC (PLAx)
                                          )              CV 07-0571 ABC (PLAx)
            Plaintiff(s),                 )
                                          )   VOIR DIRE QUESTIONS
        v.                                )
                                          )   Trial Date: OCTOBER 23, 2012
                                          )   Time:       9:00 a.m.
ZOBMONDO ENTERTAINMENT,                   )   Ctrm:       680, Roybal Federal Bldg.
LLC, et al.,                              )
                                          )
            Defendant(s).                 )

1. Do any of you have special disability or medical problems which could impair your ability to devote your full attention to this trial?

2. Based on the statement of the case you heard and/or any other sources of information, do you believe you have heard about or read any news in print, the media, or the internet, about this case, the parties (Spin Master Ltd., Zobmondo Entertainment, Messrs. Horn, Heimberg, and Gomberg), Imagination Entertainment, or the lawyers who were introduced to you?

    a. If so, please describe what you remember reading or hearing.

    b. Will that information affect your ability to be fair to all parties?

3. Have you or a close family member ever developed or helped to create a product or technology? If yes, please tell us about the product or technology.

1  4. Have you or a close family member ~~has~~ ever had any training, education, or experience in the
2     following areas?
3     a. Law or the legal system
4     b. Accounting or Financial Auditing
5     Please explain who it is and what the experience is?
6  5. Do you, any close family members, or close friends, have any current or past connections
7     (such as employment or vendor status) to the game and toy industry, such as
8     manufacturing, packaging, marketing, or retail sales?
9     a. If so, who had or has the connection and what is the connection?
10 6. Have you, a close family member, or a close friend, ever applied to register a trademark?
11    a. If so, what was the trademark application for?
12    b. Was a trademark issued?
13 7. Have you, a close family member, or close friend, ever sued or threatened to sue
14    someone for infringing a trademark, copyright, or patent? If so, please describe the
15    circumstances and the outcome.
16 8. Do you, a close family member, or a close friend, have any training or work experience
17    relating to trademarks, patents or copyrights? If so, who is it and what was the nature of
18    the work experience or training?
19 9. Do you own any "Would You Rather" products?
20    a. If so, please describe any "Would You Rather" products that you own and when
21       you bought them.
22    b. Do you know the manufacturer or author of these products? If so, please identify
23       the manufacturer or author.
24 10. Have you heard of or seen a game called "Would you Rather?" If so, what have you
25     heard or learned about it?
26 12. What books, magazines, newspapers or specific on-line sites, if any, do you read on a
27     regular basis?
28

13. Some books, games, or television shows try to create humor by referencing sexual or violent scenarios. Some people do not find that kind of humor appropriate. Please raise your hand if you think you might feel uncomfortable or offended by that type of humor.

14. Have you ever served on a jury before? When? Was it a civil or criminal case? Did the jury reach a verdict? DO NOT TELL ME WHAT THE VERDICT WAS.

15. **INDIVIDUAL QUESTIONS TO EACH JUROR**

    A. Employment/Occupation?

    B. Marital status - Divorced? Employment of Spouse (or former spouse)?

    C. Do you have any children? If so, please indicate how many, their ages, and occupations, if they are adults?

    D. General area of residence. How long?

    E. Educational background?

16. Based on everything you have seen and heard, do you think you could be fair to both sides in this case?

Dated: 10/23/12

                                                         AUDREY B. COLLINS
                                                        United States District Judge