Bobby A. Ghajar (SBN 198719)
Bobby.Ghajar@pillsburylaw.com
Kelly W. Craven (SBN 248050)
Kelly.Craven@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Ben M. Davidson (SBN 181464)
bdavidson@davidson-lawfirm.com
DAVIDSON LAW GROUP
11377 West Olympic Boulevard
Los Angeles, CA 90064
Telephone (310) 473-2300
Facsimile (310) 473-2941

Attorneys for Plaintiffs
Spin Master, Ltd., Justin Heimberg, and David Gomberg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPIN MASTER, LTD., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ZOBMONDO ENTERTAINMENT, LLC, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS.<br><br>AND CONSOLIDATED ACTION. | CASE NO. CV06-3459 ABC(JTLx)<br>Consolidated with<br>CASE NO. CV07-0571 ABC(JTLx)<br><br>Judge: The Hon. Audrey B. Collins<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF JUDGMENT CONSISTENT WITH SPECIAL VERDICT, PERMANENT INJUNCTION AND OTHER RELIEF AND REQUEST FOR SHORTENED TIME**<br><br>Hearing Date: December 3, 2012<br>Time: 10:00 a.m.<br>Courtroom: 680<br><br>Trial date: October 23, 2012<br>Verdict date: November 5, 2012 |

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on December 3, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard, Plaintiffs will move this Court for entry of judgment on the jury's special verdict, dated November 5, 2012.  Also, for the reasons set forth in the accompanying Memorandum, Plaintiffs respectfully request that a permanent injunction and other relief also be granted.

Additionally, Plaintiffs request that this Court shorten time for hearing the motion, setting a hearing on December 3, 2012 (rather than December 10, 2012).  Good cause exists for this relief because, as explained in more detail in supporting papers, it is imperative that the judgment and injunction issue as soon as possible.  For example, Defendants have mentioned potential insolvency and there is some evidence of transfer of assets.  *See, e.g.* Craven Decl. Ex. K.  Moreover, Defendants continue to sell infringing products through the most critical and important sales season of the year for the game industry.  *See, e.g.* Kristoffy Decl. ¶ 5.  Plaintiffs propose Defendants be given a week to file their opposition, and Plaintiffs will file a reply whenever the Court deems appropriate.

This motion is based on the accompanying Memorandum of Points and Authorities, the Proposed Judgment, the Declarations of Kelly Craven and Peter Kristoffy and exhibits thereto, and the files and records in this matter.

Pursuant to the Local Rules, Plaintiffs' counsel provided notice to Defendants' counsel regarding both the request for shortened time and the motion, but, based on Defendants' lack of response to efforts to meet and confer, Plaintiffs expect Defendants to oppose both.  *See* Craven Decl. Ex. L.

                                             Respectfully submitted,

Dated:  November 13, 2012          By:  /Bobby A.  Ghajar/

                                             PILLSBURY WINTHROP SHAW PITTMAN

| | |
|---|---|
| 1 | BOBBY A. GHAJAR |
| 2 | KELLY W. CRAVEN<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 |
| 3 | DAVIDSON LAW GROUP |
| 4 | BEN M. DAVIDSON<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064 |
| 5 | |
| 6 | Attorneys for Plaintiffs |
| 7 | Spin Master, Ltd., Justin Heimberg, and David<br>Gomberg |
| 8 | |
| 9 | |
| 10 | |
| ... | |
| 28 | |

-2-  Case Nos. CV-06-3459-ABC and CV-07-0571-ABC
NOTICE OF MOTION FOR ENTRY OF JUDGMENT CONSISTENT
WITH SPECIAL VERDICT AND PERMANENT INJUNCTION